IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GREGORY GAMACHE, | 11-CV-296-ST |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Based on the Court's Order (#_6_) issued May 4, 2011, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 4th day of May, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT